**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT CRAIG MACLEOD,

    Plaintiff,

vs.                                       Case No. 3:16-cv-490-J-34PDB

THE HONORABLE RAUL A.
ZAMBRANO,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. During a two-week span in April of 2016, Plaintiff Robert Craig Macleod filed several lawsuits, against the same Defendant, the Honorable Raul A. Zambrano. See Macleod v. Zambrano, Case No. 3:16-cv-444-J-39JBT (M.D. Fla. filed Apr. 14, 2016) (the 16-cv-444 Case); Macleod v. Zambrano, Case No. 3:16-cv-483-J-39MCR (M.D. Fla. filed Apr. 21, 2016); Macleod v. Zambrano, Case No. 3:16-cv-500-J-39MCR (M.D. Fla. filed Apr. 25, 2016); Macleod v. Zambrano, Case No. 3:16-cv-501-J-32JRK (M.D. Fla. filed Apr. 25, 2016); Macleod v. Zambrano, Case No. 3:16-cv-502-39JRK (M.D. Fla. filed Apr. 25, 2016); Macleod v. Zambrano, Case No. 3:16-cv-512-J-34JBT (M.D. Fla. filed Apr. 27, 2016). These lawsuits all pertain to a vexatious litigant order entered against Macleod in various state court actions. In the instant matter, Macleod identifies the impacted state action as case number "2009 CA 0886" transferred to "2011 CA 1129." See Verified Complaint (Doc. 1) at 14. However, in the 16-cv-444 Case, the earliest filed of these cases, Macleod sets forth allegations regarding all of the state actions implicated by the vexatious litigant order, including the state action referenced

in this lawsuit.  See 16-cv-444 Case, ECF No. 1: Verified Complaint at 14, Appx. 1, Appx. 3 at 8.  Moreover, the same causes of action raised here are asserted in the 16-cv-444 Case, namely that the vexatious litigant order prevented Macleod from raising a specific federal claim in the state cases.  Compare Verified Complaint at 17 with 16-cv-444 Case, ECF No. 1: Verified Complaint at 17.  Thus, as this case is wholly duplicative of Macleod's earlier-filed lawsuit, the Court will dismiss this action without prejudice to Macleod's ability to pursue his claims in the 16-cv-444 Case.  See Oliney v. Gardner, 771 F.2d 856, 859 (5th Cir. 1985) (instructing that a plaintiff has "'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant[s]'" (citation omitted) (alteration in original)).  Accordingly, it is

**ORDERED**:

1. This case is **DISMISSED without prejudice** to Macleod's ability to pursue his claims in Macleod v. Zambrano, 3:16-cv-444-J-39PDB (M.D. Fla. filed Apr. 14, 2016).

2. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 15th day of June, 2016.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties

2